AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

ING Bank FSB

Plaintiff (s),

V.

Jose Luis Medina

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:12-cv-05402-LHK

Notice is hereby given that, subject to approval by the court, __ING Bank FSB__ substitutes
(Party (s) Name)

__Tim Pomeroy__ , State Bar No. __215397__ as counsel of record in
(Name of New Attorney)

place of __Hallie R. Goins__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Pite Duncan, LLP

Address: 4375 Jutland Drive, Suite 200, San Diego, CA 92117-0935

Telephone: (619) 326-2400    Facsimile (858) 412-2735

E-Mail (Optional): TPomeroy@PiteDuncan.com

I consent to the above substitution.

Date:

*[Signature: Keystone Asset Management Inc. as attorney in fact for Maria Malaro Capital One, N.A. Mon Nov 26 2012 15:44:19]*
(Signature of Party (s))

I consent to being substituted.

Date: 11/21/12

*[Signature: Hallie Goins SBN 258303]*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 11/26/12

*[Signature: Tim Pomeroy]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 17, 2012

*[Signature: Lucy H. Koh]*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935.

I hereby certify that on November 28, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Aalia Sonawalla
Kajal Nasreen Islam
The Wolf Firm
2955 Main Street, Second Floor
Irvine, CA 92614
Email: kajal.islam@wolffirm.com
*Former Attorneys for Plaintiff*

I further certify that on November 28, 2012, I served the above-described documents by U.S. Mail on the following, who is not a registered participant of the CM/ECF System:

Jose Luis Medina
206 Oak Avenue
Greenfield, CA 93927
*Defendant in Pro Se*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of November 2012, at San Diego, California.

_____
MARSHA L. JOHNSON